**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Catherine Johnson, )<br>     )<br>     Plaintiff,   )<br>     )<br>vs.   )<br>     )<br>Wyeth LLC, Pfizer Inc., Wyeth )<br>Pharmaceuticals,   )<br>     )<br>     Defendant.   )<br>_____) | No. CV 10-2690-PHX-FJM<br><br>**ORDER** |

The court has before it the parties' "Joint Memorandum in Response to Request for Briefing" (doc. 146), which the parties filed in response to this court's Order of July 5, 2012 (doc. 145). While no further action is required in this case, we nevertheless affirm the reference to the JCUS Advisory Committee on Civil Rules for the reasons stated in our Order of July 5, 2012 (doc. 145).

The parties' Stipulation to Dismiss (doc. 144) was sufficient without court order to effect the dismissal and termination of this action under Rule 41(a)(1)(A)(ii), Fed. R. Civ. P. All pending motions, of course, are terminated for that same reason. Accordingly, the clerk shall terminate this action administratively.

DATED this 16th day of July, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge